

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00013-CV

_____

IN RE SUN WEST MORTGAGE COMPANY, INC., Relator

_____

Original Proceeding
342nd District Court of Tarrant County, Texas
Trial Court No. 342-310721-19

_____

Before Bassel, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's response, and relator's reply, and the court is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  February 22, 2022